CAUSE NO. 05-06-00046 CRK

Dear; Abel Acosta

81,033-06

I received a notice from this Court of Criminal Appeals of Texas on Dec 22, 2014 THAT THIS COURT HAS RECEIVED THE SUPPLEMENTAL RECORD FROM THE TRIAL COURT OF KARNES COUNTY ON DEC 11, 2014 FROM THE ORDER THAT WAS ISSUED BY THIS COURT ON November 19, 2014. However, I am requesting if you may provide me with a copy of this supplement record and if you can tell me if the affadavit that was entered into evidence on Sept 22, a 10:30 Am by Trent Rowell in the Trial Courts of Karnes County was submitted with the Supplemental record on Dec 11, 2014; to this Court.

Please file this for
the record
Executed on December
29, 2014.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

Thank you and
Respectfully Submitted,
Pro-Se Stephanie Gonzales
#1458764
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX 76596